UNITED STATES BANKRUPTCY COURT
Central District Of California (Santa Ana)

IN RE:                                                        Case No.:      12-10956

Debtors: Gema Veronica Aranda                 Loan Number (Last 4):     5904

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Nationstar Mortgage, LLC | Ocwen Loan Servicing, LLC |
|---|---|
| | Attn: Bankruptcy Department |
| Name of Transferee | Name of Transferor |
| 350 Highland Drive | Court Claim # (if known): 9 |
| Lewisville, TX 75067 | Amount of Claim: $433,135.79 |
| | Date Claim Filed: 04/11/2012 |
| Phone: 877-782-7612 | Last Four Digits of Acct #: 8934 |
| Last Four Digits of Acct #: 5904 | |

Name and Address where transferee payments should be sent (if different from above):

350 Highland Drive
Lewisville, TX 75067

Phone:    877-782-7612

Last Four Digits of Acct #:    5904

Transfer Effective: May 16, 2013

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/ Bill Taylor                                            Date:    07/31/2013
      Authorized Filing Agent
      (Approved by: Megan Koza)

Specific Contact Information:
P: 877-782-7612
Megan.Koza@nationstarmail.com

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

431474-af7bc2b8-ef62-45a3-a511-ed3a260b5535